UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-123-03-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN LEE BOYD, JR., | ) | |
| Defendant. | ) | |

The defendant's June 16, 2010, Motion to Enforce the Plea Agreement [DE-84] is DENIED as untimely – Boyd was sentenced in 1994 – and as lacking merit – the legal basis on which his argument relies was not recognized for federal sentencing purposes until January 2005, in *United States v. Booker*, 543 U.S. 220 (2005). Boyd was sentenced consistently with the advice he was given at his arraignment, and in accordance with the then-governing law.

SO ORDERED.

This 30th day of June, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge