UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-123-03-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN LEE BOYD, JR., | ) | |
| Defendant. | ) | |

The defendant's February 1, 2011, Motion for Reconsideration [DE-105] is DENIED.

SO ORDERED.

This, the 7 day of February, 2011.

JAMES C. FOX
Senior United States District Judge